FILED
IN OPEN COURT

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:25-cr-60 |
| | ) |
| PAULETTE ELLEN LOUISE FORBES, | ) 18 U.S.C. § 401(3) |
| a/k/a Paulette Ellen Louise Forbes Curry | ) Criminal Contempt |
| Defendant. | ) (Count 1) |
| | ) |
| | ) |

## INDICTMENT

October 2025 Term – at Norfolk, Virginia

### GENERAL ALLEGATIONS

1. The United States and the City of Newport News Police Department have been investigating the sexual exploitation and sexual abuse of Jane Doe, age 11 at the time of the offenses, in the City of Newport News from on or about May 30, 2025, to on or about July 15, 2025.

2. The defendant, PAULETTE ELLEN LOUISE FORBES, a/k/a Paulette Ellen Louise Forbes Curry, a citizen of the Commonwealth of The Bahamas, is the biological mother of Jane Doe.

3. Jane Doe, along with the defendant, were scheduled to be interviewed by members of the Newport News Police Department and the Department of Homeland Security on August 5, 2025, at the Newport News Police Department. Neither the defendant, nor Jane Doe, appeared for the interview.

4. On August 1, 2025, a Newport News detective and Department of Homeland Security Federal Task Force Officer posted on the front door of the residence where the defendant

resided in Williamsburg, Virginia, a state subpoena for the defendant which ordered her to appear and testify on September 10, 2025 before the City of Newport News Juvenile and Domestic Relations Court, in the prosecution of the sexual abuse of Jane Doe in *Commonwealth v. Rian Wayne Johnson*, case number JA118171-01. The defendant and Rian Wayne Johnson were previously romantically involved and shared custody of Jane Doe despite the fact that Johnson is not the biological father of Jane Doe. On August 2, 2025, the detective spoke to the defendant in person and the defendant acknowledged that she received the subpoena requiring her to appear in state court on September 10, 2025.

5. The United States has developed evidence that the defendant has material and pertinent information related to the prosecution of the sexual exploitation of Jane Doe.

6. The federal grand jury in Newport News has heard evidence on this investigation.

7. On or about August 15, 2025, the defendant was personally served with a federal grand jury subpoena by a Department of Homeland Security Special Agent in Atlanta, Georgia, at the Hartsfield-Jackson Atlanta International Airport. The subpoena commanded her to appear on Monday September 8, 2025, at 9:30 a.m. at the United States District Court located at 2400 West Avenue, Suite 100, Newport News, Virginia 23607. The defendant was about to board a flight to the Commonwealth of The Bahamas with Jane Doe when she was served. The defendant told the agent that she would return for her appearance before the grand jury, as she would be returning to the United States within the next two weeks.

8. On September 8, 2025, members of the investigative team came to the federal courthouse in Newport News and waited for several hours, but the defendant did not appear as directed.

9. On September 10, 2025, the defendant also failed to appear pursuant to a state subpoena to testify in the City of Newport News in the case entitled *Commonwealth v. Rian Wayne Johnson*, case number JA118171-01.

## COUNT ONE
(Criminal Contempt)

THE GRAND JURY CHARGES THAT:

On or about September 8, 2025, in the Eastern District of Virginia, PAULETTE ELLEN LOUISE FORBES, a/k/a Paulette Ellen Louise Forbes Curry, the defendant herein, did willfully and knowingly disobey and resist a lawful writ, process, order, rule, decree, and command of a Court of the United States, that is, the command to appear before the grand jury in the Newport News Division of the United States District Court for the Eastern District of Virginia, which she did by failing to appear and give testimony.

(In violation of Title 18, United States Code, Section 401(3).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. PAULETTE ELLEN LOUISE FORBES
4:25-cr-60

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____
Lisa R. McKeel
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Lisa.McKeel@usdoj.gov

5